# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# _____ DIVISION

Dodi Marie Huber
(Enter Above the Name of the Plaintiff in this Action)

Case No. 3:25 cv 232

*(to be filled in by the Clerk's Office)*

vs.

OHIO ADULT PAROLE AUTHORITY
(Enter above the name of the Defendant in this Action)

Jury Trial: *(check one)* ☒ Yes ☐ No

**THOMAS M. ROSE**

**CAROLINE H. GENTRY**

If there are additional Defendants, please list them:

ALICIA QUINN
KATHLEEN WEBER
MONICA HUMPHREYS
CHRISTOPHER MERRILL

## COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Dodi Marie Huber
Name - Full Name Please - PRINT

812 Cottage Ave
Street Address

Piqua, Ohio 45356
City, State and Zip Code

937-570-6196
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. OHIO ADULT PAROLE AUTHORITY
   Name - Full Name Please
   4545 FISHER Rd Suite d, Columbus Oh - 43228
   Address: Street, City, State and Zip Code

2. Alicia Quinn - 1901 S. Gettysburg Ave Dayton Ohio 45417

3. Kathleen Weber - 1901 S Gettysburg Ave Dayton, Ohio - 45417

4. monica Humphreys - 1901 S. Gettysburg Ave Dayton Ohio - 45417

5. Christopher merrill - 101 N. Limestone St #112, Springfield, Ohio - 45502 -

6. ___

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☑ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

On October 3rd 2019 my husband was released from prison and placed on PRC after doing 13yrs 9 months. Ohio law passed and stated he was to be released from PRC 12 months after his release but his parole officer Christopher Merrill and head PO at the time Monica Humphreys failed to do thier Job and Submit his Release Keeping him on PRC.

On April 6 2021 my husband was arrested on a Domestic violence that he didn't do and miami county courts dismissed charges against us then APA officer monica Humphreys made him do 6 months prison time and placed a NO contact order on us over a Allegation that was dismissed. Starting my own violation of my 14th Amendment Right to marriage - loss of Consortium - Loss of Companionship - Financial Aid - Financial Support - loss of Sexual Relations which led to Adultry in my marriage, which APA Forced to happen because of this malice NCO being placed on us and our marriage and family

-3-

### III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

ALL listed APA officers have made it clear I have two (2) choices #1 Im to stay away from my legal husband until he is off PRC or #2 Divorce my husband if not he will be sent to prison for 9 months again placing a undue hardship upon myself my husband our minor daughter and family

Again APA and all listed parties continue to force me to stay away from my husband and forcing me to Divorce my husband violating my civil Right to marriage a man and husband I married before GOD until death do we part not a organization forcing me to destroy my marriage. violating my 14th amendment Rights

my husband has served to date 36 months in prison on breaking a Rule not a law and now Im forced to file divorce because APA and all listed continue to lock him up for honoring his civil contract before GOD that he made to myself and him being locked

4.

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

up places mental and emotional Distress upon myself and child including Financial Aid and all prior listed

ADA and listed continue to Rob myself and our child of the Right to make lasting memories of good, but memories of loss hurt and pain

ADA and listed have placed several hardships upon me and my family not only has ADA and listed caused pain they've put me in a mental and emotional Distress my husband is the main income and we have bills a Kid and much more to pay for along with Grandchildren which we cant enjoy as a family together Furthermore stressing me out and and placing mental hardships on me

Monica Humphreys and Christopher Merrill first violated my Rights on 4-6-2021 in Miami Co Ohio.

Alicia Quinn and Kathleen Weber and hearing officer Jeff Herbst Just Recently continued the violations of my Right to marriage on october 31 2024

5

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

by keeping this NCO on us giving my husband yet another 8 months in prison for being around his wife and child and have been pushing us to file and get a divorce and add yet more mental and emotional Distress to myself and family. of losing my Best friend of 25 years.

APA is the cause of the following
1) loss of Consortium
2) mental and emotional Distress
3) Loss of Companionship
5) Loss of affection, Aid, financial Support
6) loss of sexual Relations which has caused Adultry in my marriage which APA and listed has caused because of this malice no contact order.

6

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I want this court to make APA lift the NCO off my marriage day one to stop violating my Right to marriage I want to be compensated for APA and listed continuing to violate my 14th amendment Civil Right to marriage and happiness for putting this NCO on us over a allegation that was dismissed and has been destroying my life since 4-6-2021. I want a Jury to handle this and awarded a settlement for my mental and emotional distress and for punitive damages that I've been put through because APA has destroyed my marriage and friendship of 25 years and for taking my husband from me and our minor child for breaking a rule not a law. If it wasn't for this unwarranted placement of this NCO Adultry would of never destroyed my marriage. I want Judgement and the NCO lifted off my marriage and a no retaliation clause so AP doesn't violate my husba for me filing this suit

I state under penalty of perjury that the foregoing is true and correct. Executed on this 25 day of June, 2025

[Signature] Dean M. Hubel
Signature of Plaintiff

-7-

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-25-2025

Signature of Plaintiff: Dodi M. Huber

Printed Name of Plaintiff: Dodi marie Huber

### B. For Attorneys

Date of signing:

Signature of Attorney:

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Address:

City / State / Zip Code

Telephone Number: 937-570-6196

E-mail Address: Dodi.marie.Huber@Gmail.com

- 8