**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| DODI MARIE HUBER, | : | Case No. 3:25-cv-00232 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| OHIO ADULT PAROLE AUTHORITY, | : | |
| *et al.*, | : | |
| | : | |
| Defendants. | : | |

---

### NOTICE TO *PRO SE* PLAINTIFF OF DISPOSITIVE MOTION

---

Defendants Alicia Quinn and Kathleen Weber, and Interested Party State of Ohio, filed a Motion to Dismiss on November 20, 2025. (Doc. No. 8.) In the Motion, these parties ask the Court to immediately resolve the claims against Defendants in their favor without any further proceedings. You should soon receive a copy of the Motion in the mail from Defendants' attorneys.

You must file your Response to the Motion to Dismiss by **December 11, 2025.** If circumstances beyond your control prevent you from meeting this deadline, you must **IMMEDIATELY** file a motion explaining the circumstances and requesting an extension of time. **If you do not file a timely response to the Motion, the Court may grant it and dismiss some or all of your case.**

You are **REMINDED** that your Response and all other filings in this case must include a Certificate of Service confirming that they have been served on all other parties.

Please review and become familiar with the Federal Rules of Civil Procedure, the Court's

Local Rules, and A Guide for Pro Se Civil Litigants: Representing Yourself in the United

States District Court for the Southern District of Ohio. These materials are available on

the Court's website (https://www.ohsd.uscourts.gov/pro-se).

You are also **REMINDED** that you must keep this Court informed of your current

address while this case is pending. If you do not, you may miss deadlines and important

instructions, which may cause the Court to dismiss the case for failure to prosecute.

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge