# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | |
|---|---|
| DODI MARIE HUBER, | Case No. 3:25-cv-00232 |
| Plaintiff, | |
| | District Judge Thomas M. Rose |
| vs. | Magistrate Judge Caroline H. Gentry |
| OHIO ADULT PAROLE AUTHORITY, *et al.*, | |
| Defendants. | |

## SECOND NOTICE TO *PRO SE* PLAINTIFF OF DISPOSITIVE MOTION

Defendant Christopher Merrell filed a Motion to Dismiss on January 28, 2026. (Doc. No. 23.) In the Motion, Defendant asks the Court to immediately resolve the claims against him in his favor without any further proceedings. You should soon receive a copy of the Motion in the mail from Defendants' attorneys.

You must file your Response to the Motion to Dismiss by **February 18, 2026**. If circumstances beyond your control prevent you from meeting this deadline, you must **IMMEDIATELY** file a motion explaining the circumstances and requesting an extension of time. **If you do not file a timely response to the Motion, the Court may grant it and dismiss some or all of your case.**

IT IS SO ORDERED.

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge